**FAEGRE DRINKER BIDDLE & REATH LLP**
Ross A. Lewin
105 College Road East, P.O. Box 627
Princeton, New Jersey 08542
(609) 716-6500
ross.lewin@faegredrinker.com
Kevin H. DeMaio
600 Campus Drive
Florham Park, New Jersey 07932
kevin.demaio@faegredrinker.com
(973) 549-7000
*Attorneys for Defendants*
*Epsilon Data Management, LLC,*
*Conversant LLC, and Citrus Ad*
*International, Inc.*

**HARRISON LAW LLC**
Rachel B. Niewoehner (*pro hac vice* forthcoming)
Katherine Garceau Sobiech (*pro hac vice* forthcoming)
141 West Jackson Boulevard, Suite 2055
Chicago, Illinois 60604
(312) 638-8776

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, *as assignee of individuals who are Covered Persons*, JANE DOE-1, *a law enforcement officer*, JANE DOE-2, *a law enforcement officer*, EDWIN MALDONADO, SCOTT MALONEY, JUSTYNA MALONEY, PATRICK COLLIGAN, PETER ANDREYEV, and WILLIAM SULLIVAN,<br><br>          Plaintiffs,<br>vs.<br><br>EPSILON DATA MANAGEMENT, LLC, CONVERSANT LLC, CITRUS AD INTERNATIONAL, INC., RICHARD ROES 1-10, *fictitious names of unknown individuals* and ABC COMPANIES 1-10, *fictitious names of unknown entities*,<br><br>          Defendants. | ECF Case<br><br>Civil Action No. 3:24-cv-04168<br><br>Removed from:<br>Superior Court of New Jersey<br>Law Division, Monmouth County<br>Docket No. MON-L-533-24<br><br>**RULE 7.1 CORPORATE DISCLOSURE STATEMENT** |

Pursuant to Federal Rule of Civil Procedure 7.1(a)(1), Defendants Epsilon Data Management, LLC, Conversant LLC, and Citrus AD International, Inc. hereby state as follows:

1

Conversant LLC is a limited liability company organized under the laws of the State of Delaware with its principal place of business in Chicago, Illinois.  Conversant's sole member is Epsilon Data Management, LLC.

Epsilon Data Management, LLC is a limited liability company organized under the laws of the State of Delaware with its principal place of business in Irving, Texas.  Epsilon's sole member is MMS USA Holdings, Inc.

Citrus AD International, Inc., is a Delaware corporation with its principal place of business in Florida.  Citrus AD International is a wholly owned subsidiary of MMS USA Holdings, Inc.

MMS USA Holdings, Inc. is incorporated in Delaware with its principal place of business in New York, New York.  MMS USA Holdings, Inc.'s ultimate parent company is Publicis Groupe S.A., which is a publicly held corporation.

        Respectfully submitted,

Dated:  March 25, 2024

/s/ Ross A. Lewin
Ross A. Lewin
**FAEGRE DRINKER BIDDLE & REATH LLP**
105 College Road East, P.O. Box 627
Princeton, New Jersey 08542
Kevin H. DeMaio
600 Campus Drive
Florham Park, New Jersey 07932-1047
(973) 549-7000
ross.lewin@faegredrinker.com
kevin.demaio@faegredrinker.com

-and-

**HARRISON LAW LLC**
Rachel B. Niewoehner (*pro hac vice* forthcoming)
Katherine Garceau Sobiech (*pro hac vice* forthcoming)
141 West Jackson Boulevard, Suite 2055
Chicago, Illinois 60604

(312) 638-8776

*Attorneys for Defendants*
*Epsilon Data Management, LLC,*
*Conversant LLC, and Citrus Ad International, Inc.*

## CERTIFICATE OF SERVICE

I, Ross A. Lewin, hereby certify that on March 25, 2024, I caused a true and correct copy of the foregoing Rule 7.1 Corporate Disclosure Statement to be electronically filed with the Clerk of the District Court using the CM/ECF system, and to be served upon the following counsel of record for Plaintiffs via email and Federal Express:

Rajiv D. Parikh, Esq.<br>
Kathleen Barnett Einhorn, Esq.<br>
Genova Burns LLC<br>
494 Broad Street<br>
Newark, NJ 07102<br>
rparikh@genovaburns.com<br>
keinhorn@genovaburns.com

*/s/ Ross A. Lewin*
Ross A. Lewin