**FAEGRE DRINKER BIDDLE & REATH LLP**
Ross A. Lewin
105 College Road East, P.O. Box 627
Princeton, New Jersey 08542
(609) 716-6500
ross.lewin@faegredrinker.com
Kevin H. DeMaio
600 Campus Drive
Florham Park, New Jersey 07932
kevin.demaio@faegredrinker.com
(973) 549-7000

**HARRISON LAW LLC**
Rachel B. Niewoehner (*pro hac vice* forthcoming)
rachelniewoehner@hlawllc.com
Katherine Garceau Sobiech (*pro hac vice* forthcoming)
katherinsobiech@hlawllc.com
141 West Jackson Boulevard, Suite 2055
Chicago, Illinois 60604
(312) 638-8776

*Attorneys for Defendants Epsilon Data Management, LLC, Conversant LLC, and Citrus Ad International, Inc.*

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, *as assignee of individuals who are Covered Persons*, JANE DOE-1, *a law enforcement officer*, JANE DOE-2, *a law enforcement officer*, EDWIN MALDONADO, SCOTT MALONEY, JUSTYNA MALONEY, PATRICK COLLIGAN, PETER ANDREYEV, and WILLIAM SULLIVAN,<br><br>         Plaintiffs,<br>   vs.<br><br>EPSILON DATA MANAGEMENT, LLC, CONVERSANT LLC, CITRUS AD INTERNATIONAL, INC., RICHARD ROES 1-10, *fictitious names of unknown individuals* and ABC COMPANIES 1-10, *fictitious names of unknown entities*,<br><br>         Defendants. | Case No. 3:24-cv-04168<br><br>**APPLICATION FOR EXTENSION OF TIME TO ANSWER, MOVE, OR OTHERWISE REPLY PURSUANT TO LOCAL CIVIL RULE 6.1(b)**<br><br>(Document Electronically Filed) |

Pursuant to Local Civil Rule 6.1(b), application is hereby made for a Clerk's Order extending the time within which Defendants Epsilon Data Management, LLC, Conversant LLC, and Citrus AD International, Inc. (collectively "Defendants") may answer, move, or otherwise reply to the Complaint filed by Plaintiffs, and it is represented that:

1. Defendants have not obtained any previous extensions with respect to Plaintiffs' Complaint.

2. Plaintiffs filed the Complaint in the Superior Court of New Jersey, Law Division, Monmouth County on February 8, 2024, but Defendants removed this matter to this Court on March 25, 2024.

3. Under Federal Rule of Civil Procedure 81(c)(2)(C), the time for Defendants to answer, move, or otherwise reply to Plaintiffs' Complaint currently expires on April 1, 2024.

4. With this extension, Defendants' answer, motion, or other reply to the Complaint would be due on April 15, 2024.

Dated: March 27, 2024					Respectfully submitted,

								 /s/ Ross A. Lewin
								Ross A. Lewin
								**FAEGRE DRINKER BIDDLE & REATH LLP**
								105 College Road East, P.O. Box 627
								Princeton, New Jersey 08542
								Kevin DeMaio
								600 Campus Drive
								Florham Park, New Jersey 07932
								ross.lewin@faegredrinker.com
								kevin.demaio@faegredrinker.com

								*and*

1

**HARRISON LAW LLC**
Rachel B. Niewoehner *(pro hac vice forthcoming)*
Katherine A.G. Sobiech *(pro hac vice forthcoming)*
141 West Jackson Boulevard, Suite 2055
Chicago, Illinois 60604
(312) 638-8776

*Attorneys for Defendants*
*Epsilon Data Management, LLC,*
*Conversant LLC, and*
*Citrus Ad International, Inc*

## ORDER

The above application is hereby ORDERED GRANTED, and the time for Defendants to answer, move, or otherwise reply to Plaintiffs' Complaint is hereby extended to April 15, 2024.

ORDER DATED _____

MELISSA E. RHOADS, Clerk

By: _____
Deputy Clerk

2

**CERTIFICATE OF SERVICE**

I, Ross A. Lewin, hereby certify that on March 27, 2024, I caused a true and correct copy of the foregoing Application for Extension of Time to Answer, Move, or Otherwise Reply pursuant to Local Civil Rule 6.1(b) to be electronically filed with the Clerk of the District Court using the CM/ECF system, and to be served upon the following counsel of record for Plaintiffs via email and Federal Express:

Rajiv D. Parikh, Esq.<br>
Kathleen Barnett Einhorn, Esq.<br>
Genova Burns LLC<br>
494 Broad Street<br>
Newark, NJ 07102<br>
rparikh@genovaburns.com<br>
keinhorn@genovaburns.com

*/s/ Ross A. Lewin*

Ross A. Lewin