| | |
|---|---|
| **FAEGRE DRINKER BIDDLE & REATH LLP**<br>Ross A. Lewin<br>105 College Road East, P.O. Box 627<br>Princeton, New Jersey 08542<br>(609) 716-6500<br>ross.lewin@faegredrinker.com<br>Kevin H. DeMaio<br>600 Campus Drive<br>Florham Park, New Jersey 07932<br>kevin.demaio@faegredrinker.com<br>(973) 549-7000 | **HARRISON LAW LLC**<br>Rachel B. Niewoehner (*pro hac vice* forthcoming)<br>rachelniewoehner@hlawllc.com<br>Katherine Garceau Sobiech (*pro hac vice* forthcoming)<br>katherinsobiech@hlawllc.com<br>141 West Jackson Boulevard, Suite 2055<br>Chicago, Illinois 60604<br>(312) 638-8776 |

*Attorneys for Defendants Epsilon Data Management, LLC, Conversant LLC, and Citrus Ad International, Inc.*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, *as assignee of individuals who are Covered Persons*, JANE DOE-1, *a law enforcement officer*, JANE DOE-2, *a law enforcement officer*, EDWIN MALDONADO, SCOTT MALONEY, JUSTYNA MALONEY, PATRICK COLLIGAN, PETER ANDREYEV, and WILLIAM SULLIVAN,<br><br>        Plaintiffs,<br>  vs.<br><br>EPSILON DATA MANAGEMENT, LLC, CONVERSANT LLC, CITRUS AD INTERNATIONAL, INC., RICHARD ROES 1-10, *fictitious names of unknown individuals* and ABC COMPANIES 1-10, *fictitious names of unknown entities*,<br><br>        Defendants. | Case No. 3:24-cv-04168<br><br>**NOTICE OF APPEARANCE**<br><br>(Document Electronically Filed) |

**PLEASE TAKE NOTICE** that Kevin H. DeMaio, Esq., an attorney at Faegre Drinker Biddle & Reath LLP who is admitted to practice in this Court, hereby appears as counsel for Defendants Epsilon Data Management, LLC, Conversant LLC, and Citrus AD International, Inc.

Dated: March 28, 2024

Respectfully submitted,

 /s/ Kevin H. DeMaio
Kevin H. DeMaio
**FAEGRE DRINKER BIDDLE & REATH LLP**
600 Campus Drive
Florham Park, New Jersey 07932
(973) 549-7000
kevin.demaio@faegredrinker.com