**FAEGRE DRINKER BIDDLE & REATH LLP**
Ross A. Lewin
105 College Road East
Princeton, New Jersey 08542
(609) 716-6500
ross.lewin@faegredrinker.com
Kevin H. DeMaio
600 Campus Drive
Florham Park, New Jersey 07932
kevin.demaio@faegredrinker.com
(973) 549-7000

*Attorneys for Defendants*
*Epsilon Data Management, LLC,*
*Conversant LLC, and Citrus Ad International, Inc.*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, *as assignee of individuals who are Covered Persons*, JANE DOE-1, *a law enforcement officer*, JANE DOE-2, *a law enforcement officer*, EDWIN MALDONADO, SCOTT MALONEY, JUSTYNA MALONEY, PATRICK COLLIGAN, PETER ANDREYEV, and WILLIAM SULLIVAN,<br><br>　　　　　Plaintiffs,<br>　vs.<br><br>EPSILON DATA MANAGEMENT, LLC, CONVERSANT LLC, CITRUS AD INTERNATIONAL, INC., RICHARD ROES 1-10, *fictitious names of unknown individuals* and ABC COMPANIES 1-10, *fictitious names of unknown entities*,<br><br>　　　　　Defendants. | Case No. 1:24-cv-04168-HB<br><br>**MOTION FOR *PRO HAC VICE* ADMISSION OF KATHERINE GARCEAU SOBIECH**<br><br>(Document Electronically Filed) |

Pursuant to Local Civil Rule 101.1(c), Ross A. Lewin of Faegre Drinker Biddle & Reath LLP, a member in good standing of the Bar of the State of New Jersey and admitted to practice before the United States District Court for the District of New Jersey, hereby moves for entry of an Order permitting Katherine Garceau Sobiech to appear *pro hac vice* before this Court in the above-captioned matter on behalf of Defendants Epsilon Data Management, LLC, Conversant LLC, and Citrus AD International, Inc. (collectively "Defendants"). In support of this application, the undersigned respectfully refers the Court to the declarations of Katherine Garceau Sobiech and Ross A. Lewin attached hereto. A form of Order is also being submitted herewith.

Dated: April 25, 2024

Respectfully submitted,

 */s/ Ross A. Lewin*
Ross A. Lewin
**FAEGRE DRINKER BIDDLE & REATH LLP**
105 College Road East
Princeton, New Jersey 08542
Kevin DeMaio
600 Campus Drive
Florham Park, New Jersey 07932
ross.lewin@faegredrinker.com
kevin.demaio@faegredrinker.com

*Attorneys for Defendants*
*Epsilon Data Management, LLC,*
*Conversant LLC, and*
*Citrus Ad International, Inc*

**CERTIFICATE OF SERVICE**

      I, Ross A. Lewin, hereby certify that on April 25, 2024, I caused a true and correct copy of the foregoing to be electronically filed with the Clerk of the District Court using the CM/ECF system, and to be served electronically upon all registered users in this action.

                                            */s/ Ross A. Lewin*
                                            Ross A. Lewin