UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, *as assignee of individuals who are Covered Persons*, JANE DOE-1, *a law enforcement officer*, JANE DOE-2, *a law enforcement officer*, EDWIN MALDONADO, SCOTT MALONEY, JUSTYNA MALONEY, PATRICK COLLIGAN, PETER ANDREYEV, and WILLIAM SULLIVAN,<br><br>            Plaintiffs,<br>    vs.<br><br>EPSILON DATA MANAGEMENT, LLC, CONVERSANT LLC, CITRUS AD INTERNATIONAL, INC., RICHARD ROES 1-10, *fictitious names of unknown individuals* and ABC COMPANIES 1-10, *fictitious names of unknown entities*,<br><br>            Defendants. | Case No. 1:24-cv-04168-HB<br><br>**ORDER ADMITTING RACHEL B. NIEWOEHNER, ESQ. *PRO HAC VICE***<br><br>(Document Electronically Filed) |

**THIS MATTER** having been brought before the Court by Ross A. Lewin, Esq., counsel for Defendants Epsilon Data Management, LLC, Conversant LLC, and Citrus AD International, Inc. (collectively "Defendants"), on motion for an Order allowing Rachel B. Niewoehner, Esq. to appear and participate *pro hac vice* in this matter, and the Court having considered the moving papers, and for good cause shown,

**IT IS** on this ___25th___ day of ___April___, 2024,

**ORDERED** that Rachel B. Niewoehner, Esq., a member in good standing of the Bar of Illinois, be admitted to appear before this Court *pro hac vice* on behalf of Defendants in the above-captioned matter; and it is further

**ORDERED** that all pleadings, briefs, and other papers filed with the Court shall be signed by a member or associate of the law firm of Faegre Drinker Biddle & Reath, LLP, attorneys of record for Defendants, who are admitted to the Bar of this Court and shall be held responsible for said papers and the conduct of the case and who will be held responsible for the conduct of the attorney admitted hereby; and it is further

**ORDERED** that Rachel B. Niewoehner, Esq. (or Faegre Drinker Biddle & Reath LLP on her behalf) shall pay the annual fee to the New Jersey Lawyers' Fund for Client Protection, in accordance with L. Civ. R. 101.1(c)(2) and New Jersey Court Rule 1:28-2(a), within twenty (20) days from the date of entry of this Order; and it is further

**ORDERED** that Rachel B. Niewoehner, Esq. (or Faegre Drinker Biddle & Reath LLP on her behalf) shall make payment of $250.00 to the Clerk of the United States District Court, in accordance with L. Civ. R. 101.1(c)(3), within twenty (20) days from the date of entry of this Order; and it is further

**ORDERED** that Rachel B. Niewoehner, Esq. shall be bound by the Rules of the United States District Court for the District of New Jersey, including but not limited to, the provisions of L. Civ. R. 103.1, <u>Judicial Ethics and Professional Responsibility,</u> and L. Civ. R. 104.1, <u>Discipline of Attorneys;</u> and it is further

**ORDERED** that Rachel B. Niewoehner, Esq. shall be deemed to have agreed to take no fee in any tort case in excess of the New Jersey State Court Contingency Fee Rule, Rule 1:21-7, as amended; and it is further

**ORDERED** that Rachel B. Niewoehner, Esq. shall file a request with the Clerk of the Court for *pro hac vice* counsel to receive electronic notifications in this matter.

**IT IS SO ORDERED.**

_____ J.
Harvey Bartle III