**FAEGRE DRINKER BIDDLE & REATH LLP**
Ross A. Lewin
105 College Road East
Princeton, New Jersey 08542
(609) 716-6500
ross.lewin@faegredrinker.com
Kevin H. DeMaio
600 Campus Drive
Florham Park, New Jersey 07932
(973) 549-7000
kevin.demaio@faegredrinker.com
*Attorneys for Defendants*
*Epsilon Data Management, LLC,*
*Conversant LLC, and Citrus Ad International, Inc.*

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, *as assignee of individuals who are Covered Persons*, JANE DOE-1, *a law enforcement officer*, JANE DOE-2, *a law enforcement officer*, EDWIN MALDONADO, SCOTT MALONEY, JUSTYNA MALONEY, PATRICK COLLIGAN, PETER ANDREYEV, and WILLIAM SULLIVAN,<br><br>　　　　　Plaintiffs,<br>　　vs.<br><br>EPSILON DATA MANAGEMENT, LLC, CONVERSANT LLC, CITRUS AD INTERNATIONAL, INC., RICHARD ROES 1-10, *fictitious names of unknown individuals* and ABC COMPANIES 1-10, *fictitious names of unknown entities*,<br><br>　　　　　Defendants. | Case No. 1:24-cv-04168-HB<br><br>**REQUEST BY LOCAL COUNSEL FOR *PRO HAC VICE* ATTORNEY RACHEL B. NIEWOEHNER TO RECEIVE ELECTRONIC NOTIFICATIONS**<br><br>(Document Electronically Filed) |

　　　　Request is hereby made by local counsel for Defendants, Epsilon Data Management, LLC, Conversant LLC, and Citrus Ad International, Inc. ("Defendants"), for *pro hac vice* counsel Rachel B. Niewoehner to receive electronic notifications in the within matter, and it is represented that:

1. The order of the Court granting the motion for Rachel B. Niewoehner to appear *pro hac vice* in this matter has been entered as of April 25, 2024; and

2. The Admission Fee, in the amount of $250, pursuant to L.Civ.R. 101.1(c)(3), has been paid to the Clerk of the Court.

                    **FAEGRE DRINKER BIDDLE & REATH LLP**

Dated: May 1, 2024          */s/ Ross A. Lewin*
                                      Ross A. Lewin

*PRO HAC VICE* ATTORNEY INFORMATION:

Rachel B. Niewoehner
Harrison Law LLC
141 West Jackson Boulevard, Suite 2055
Chicago, IL 60604
rachelniewoehner@hlawllc.com

**CERTIFICATE OF SERVICE**

I, Ross A. Lewin, hereby certify that on May 1, 2024, I caused a true and correct copy of the foregoing to be electronically filed with the Clerk of the District Court using the CM/ECF system, and to be served electronically upon all registered users in this action.

                                                       */s/ Ross A. Lewin*
                                                       Ross A. Lewin