UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
**MINUTES OF PROCEEDINGS**

**CAMDEN OFFICE**                                   **DATE OF PROCEEDINGS: 05/7/2024**

**JUDGE:  HARVEY BARTLE III**

COURT REPORTER: Ann Marie Mitchell          **DOCKET #**   CV 24-4168 (HB)

**TITLE OF CASE:**
ATLAS DATA PRIVACY CORPORATION et al
            v.
EPSILON DATA MANAGEMENT, LLC et al

**APPEARANCES:**
SEE ATTACHED LIST

NATURE OF PROCEEDINGS: STATUS CONFERENCE


Time  commenced:   3:24  PM                    Time Adjourned: 3:26 PM

Total:  2 minutes


                                                s/ *David Bruey*
                                                **DEPUTY CLERK**