

faegredrinker.com

Ross A. Lewin
Partner
ross.lewin@faegredrinker.com
+1 609 716 6614 direct

Faegre Drinker Biddle & Reath LLP
105 College Road East
P.O. Box 627
Princeton, New Jersey  08542
+1 609 716 6500 main
+1 609 799 7000 fax

May 13, 2024

**VIA ECF AND ELECTRONIC MAIL**

Honorable Harvey Bartle III
Senior United States District Judge
United States District Court for the
Eastern District of Pennsylvania
16614 U.S. Courthouse
601 Market Street
Philadelphia, Pennsylvania 19106

   RE: *D.N.J. Daniel's Law Cases—Request for Additional Time for Supplemental Discovery Requests*

Dear Judge Bartle,

  Our firm represents Defendants Epsilon Data Management LLC, Conversant LLC, and Citrus Ad International, Inc. (collectively the "Epsilon Defendants") in the case captioned *Atlas Data Privacy Corp., et al. v. Epsilon Data Management LLC, et al.*, case no. 1:24-cv-04168-HB (D.N.J.).

  The Epsilon Defendants are aware of the letter filed by Black Knight and certain other Defendants in Case No. 24-cv-04233 on May 13, 2024 seeking additional time to submit objections or additional discovery requests (attached hereto as Exhibit 1). We write to respectfully join in the relief requested therein.

Respectfully yours,

*/s/ Ross A. Lewin*

Ross A. Lewin

RAL/jc

cc: Counsel for Plaintiffs

DMS_US.364004544.1