

Ross A. Lewin
Partner
ross.lewin@faegredrinker.com
+1 609 716 6614 direct

faegredrinker.com

Faegre Drinker Biddle & Reath LLP
105 College Road East
P.O. Box 627
Princeton, New Jersey  08542
+1 609 716 6500 main
+1 609 799 7000 fax

June 10, 2024

<u>VIA ECF</u>

Honorable Harvey Bartle III
Senior United States District Judge
United States District Court for the
Eastern District of Pennsylvania
16614 U.S. Courthouse
601 Market Street
Philadelphia, Pennsylvania 19106

> RE: *D.N.J. Daniel's Law Cases - Atlas Data Privacy Corporation, et al. v. Epsilon Data Management, LLC, et al.*, D.N.J. Case No. 1:24-cv-4168-HB - Joinder in Defendants' Consolidated Motion to Dismiss Plaintiffs' Complaint

Dear Judge Bartle:

Our firm represents Defendants Epsilon Data Management, LLC, Conversant LLC, and Citrus Ad International, Inc. (collectively, the "Epsilon Defendants") in the above matter.

We write to advise the Court that the Epsilon Defendants join in the Consolidated Motion to Dismiss Brief, which will be filed today in the action captioned as *Atlas Data Privacy Corporation, et al. v. Lightbox Parent, L.P., et al.*, Civil Action No. 1:24-cv-4105 (the "Consolidated Motion to Dismiss").  Please be further advised that the Epsilon Defendants are continuing to evaluate whether to file a supplemental brief by June 14, 2024, as authorized by the Court's Order, dated May 8, 2024.

For the reasons set forth in the Consolidated Motion to Dismiss, the Epsilon Defendants respectfully request that the Court grant the motion and dismiss Plaintiffs' Complaint in this matter with prejudice.

Respectfully yours,

<u>*/s/ Ross A. Lewin*</u>
Ross A. Lewin

cc: All Counsel of Record (via ECF)