

Ross A. Lewin
Partner
ross.lewin@faegredrinker.com
+1 609 716 6614 direct

Faegre Drinker Biddle & Reath LLP
105 College Road East
P.O. Box 627
Princeton, New Jersey  08542
+1 609 716 6500 main
+1 609 799 7000 fax

faegredrinker.com

September 9, 2024

**VIA ECF**
Honorable Harvey Bartle III
Senior United States District Judge
United States District Court for the
Eastern District of Pennsylvania
16614 U.S. Courthouse
601 Market Street
Philadelphia, Pennsylvania 19106

> RE: *D.N.J. Daniel's Law Cases - Atlas Data Privacy Corporation, et al. v. Epsilon Data Management, LLC, et al.*, D.N.J. Case No. 1:24-cv-4168-HB  -
> Joinder in Defendants' Consolidated Opposition to Plaintiffs' Motion to Remand

Dear Judge Bartle:

Our firm represents Defendants Epsilon Data Management, LLC, Conversant LLC, and Citrus Ad International, Inc. (collectively, the "Epsilon Defendants") in the above matter.

We write to advise the Court that the Epsilon Defendants join in the Consolidated Opposition to Plaintiffs' Motion to Remand, which we understand is being filed today in the action captioned as *Atlas Data Privacy Corporation, et al. v. Carco Group, Inc., Intellicorp Records, Inc., et al.*, Civil Action No. 1:24-cv-4077 (the "Consolidated Opposition to Plaintiffs' Motion to Remand").  Please be further advised that the Epsilon Defendants are continuing to evaluate whether to file a supplemental brief by September 16, 2024, as authorized by the Court's Order dated July 24, 2024.

For the reasons set forth in the Consolidated Opposition to Plaintiffs' Motion to Remand, the Epsilon Defendants respectfully request that the Court deny Plaintiffs' motion in its entirety.

Respectfully yours,

*/s/ Ross A. Lewin*
Ross A. Lewin

cc: All Counsel of Record (via ECF)