

**Ross A. Lewin**
Partner
ross.lewin@faegredrinker.com
+1 609 716 6614 direct

faegredrinker.com

Faegre Drinker Biddle & Reath LLP
105 College Road East
P.O. Box 627
Princeton, New Jersey  08542
+1 609 716 6500 main
+1 609 799 7000 fax

September 16, 2024

**VIA ECF**
Honorable Harvey Bartle III
Senior United States District Judge
United States District Court for the
Eastern District of Pennsylvania
16614 U.S. Courthouse
601 Market Street
Philadelphia, Pennsylvania 19106

> RE: ***D.N.J. Daniel's Law Cases - Atlas Data Privacy Corporation, et al. v. Epsilon Data Management, LLC, et al.***, D.N.J. Case No. 1:24-cv-4168-HB  -
> **Joinder in Defendants' Supplemental Opposition to Plaintiffs' Motion to Remand**

Dear Judge Bartle:

Our firm, along with Harrison Law LLC, represents Defendants Epsilon Data Management, LLC, Conversant LLC, and Citrus Ad International, Inc. (collectively, the "Epsilon Defendants") in the above matter.

We write to advise the Court that the Epsilon Defendants join in the Supplemental Opposition to Plaintiffs' Motion to Remand, which we understand is being filed today in the action captioned as *Atlas Data Privacy Corporation, et al. v. Blackbaud, Inc., et al.*, Civil Action No. 1:24-cv-3993 (the "Supplemental Opposition to Plaintiffs' Motion to Remand").

For the reasons set forth in the Supplemental Opposition to Plaintiffs' Motion to Remand and Defendants' Consolidated Opposition to Plaintiffs' Motion to Remand dated September 9, 2024, the Epsilon Defendants respectfully request that the Court deny Plaintiffs' motion in its entirety.

Respectfully yours,

*/s/ Ross A. Lewin*
Ross A. Lewin

cc: All Counsel of Record (via ECF)