

faegredrinker.com

**Ross A. Lewin**
Partner
ross.lewin@faegredrinker.com
+1 609 716 6614 direct

**Faegre Drinker Biddle & Reath** LLP
105 College Road East
P.O. Box 627
Princeton, New Jersey  08542
+1 609 716 6500 main
+1 609 799 7000 fax

October 22, 2024

<u>**VIA ECF**</u>

Melissa M. Rhoads, Esq.
Clerk of the Court
United States District Court for the District of New Jersey
Mitchell H. Cohen Building & U.S. Courthouse
4th and Cooper Streets
Camden, NJ  08101

Re:  *Atlas Data Privacy Corporation, et al. v. Epsilon Data Management, LLC, et al.*
Case No. 1:24-cv-04168-HB

To the Clerk of the Court:

We write to inform this Court of the change of firm address and contact information for Rachel Niewoehner and Katherine Sobiech, who were admitted to this Court *pro hac vice* in the above matter on behalf of Defendants Epsilon Data Management, LLC, Conversant LLC and Citrus AD International, Inc.

The updated contact information for each attorney is provided below:

Rachel Niewoehner
Croke Fairchild Duarte & Beres
180 North LaSalle Street
Suite 2750
Chicago, IL 60601
Email: rniewoehner@crokefairchild.com
Direct: (312) 638-8783

Katherine Sobiech
Croke Fairchild Duarte & Beres
180 North LaSalle Street
Suite 2750
Chicago, IL 60601
Email: ksobiech@crokefairchild.com
Direct: (312) 650-8626

Melissa M. Rhoads, Esq.  - 2 -  October 22, 2024
Clerk of the Court

Very truly yours,

*/s/ Ross A. Lewin*

Ross A. Lewin


RAL/jc

cc:     All counsel via ECF

DMS_US.367017155.1