## UNITED STATES DISTRICT COURT
### FOR THE District of New Jersey [LIVE]
### Camden, NJ

ATLAS DATA PRIVACY CORPORATION, et al.

                Plaintiff,

v.

                Case No.: 1:24−cv−04168−HB
                Judge Harvey Bartle (EDPA), III

EPSILON DATA MANAGEMENT, LLC, et al.

                Defendant.

Clerk, Superior Court of New Jersey
Monmouth County Courthouse
71 Monument Park
Freehold, NJ 07728−1266

State No: MON L 000533 24

**Dear Clerk of Court:**

   Enclosed please find a certified copy of the Order remanding the above entitled matter to your Court.

                Very truly yours,

                CLERK OF COURT
                By Deputy Clerk, lm

encl.
cc: All Counsel